UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. STIEHR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. 2:20-cv-00769 AC<br><br><br>ORDER |

　　　　Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by section 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a). This case has been stayed pursuant to General Order Number 615 (ECF No. 3); the stay is temporarily lifted for the purposes of this order and the accompanying service of the complaint only. It is hereby ORDERED:

　　　　1. Plaintiff's request to proceed in forma pauperis is granted.

　　　　2. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

　　　　3. Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the

1  court that said documents have been submitted to the United States Marshal.

2      4. The United States Marshal is directed to serve all process without prepayment of costs
3  not later than sixty days from the date of this order. Service of process shall be completed by
4  delivering a copy of the summons and complaint to the United States Attorney for the Eastern
5  District of California, and by sending a copy of the summons and complaint by registered or
6  certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ.
7  P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and complaint by
8  registered or certified mail to the Commissioner of Social Security, c/o Office of the General
9  Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545. See Fed. R.
10 Civ. P. 4(i)(2).

11     5. The parties are hereby notified that, after service of the complaint, this action will be
12 stayed pursuant to General Order Number 615, and there will be no scheduling order or deadlines
13 in effect pending further order of the court. See E.D. Cal. G.O. No. 615, Paragraphs 6,10.

14 DATED: May 4, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE