**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC STIEHR**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ERIC STIEHR,** | No.   **2:20-cv-00769-AC** |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 11, 2020.

This is a first extension. Counsel has multiple hearings and hearing-level briefs to prepare.

[Pleading Title] - 1

Dated:   November 3, 2020                         /s/    *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff



                                                  McGREGOR SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration

Dated:  November 4, 2020                           */s/ per e-mail authorization*

                                                  DANIEL P. TALBERT
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant


### **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 11, 2020.

SO ORDERED.

Dated: November 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE