McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC J. STIEHR,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-00769-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Commissioner will offer the claimant the opportunity of a hearing; reevaluate the medical opinions of record; reassess the claimant's residual functional capacity; and proceed with the sequential evaluation, as necessary. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

Respectfully submitted December 1, 2020.

DATED: December 1, 2020         /s/ Jesse Kaplan
                                JESSE KAPLAN
                                (as authorized by email)
                                Attorney for Plaintiff

                                McGREGOR W. SCOTT
                                United States Attorney

DATED: December 1, 2020     By  s/ Daniel P. Talbert
                                DANIEL P. TALBERT
                                Special Assistant United States Attorney

                                Attorneys for Defendant

                                ORDER

Pursuant to stipulation, it is so ordered.

DATE: December 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2