PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC STIEHR,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-00769-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously-filed Motion for Attorney's Fees, filed February 28, 2021, shall be withdrawn, and that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of FOUR THOUSAND TWO HUNDRED dollars ($4,200.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of

Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted March 25, 2021.

DATED: March 25, 2021   */s/ Jesse Kaplan*
JESSE KAPLAN
(as authorized by email)
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney

DATED: March 25, 2021   By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: March 26, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2